UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FREDERIC C. PRADO,

    Plaintiff,

v.

CITY OF LAS VEGAS CODE ENFORCEMENT,

    Defendant.

Case No. 2:18-cv-02293-APG-NJK

ORDER

        Plaintiff is proceeding in this action pro se, and submitted documents in an effort to initiate this case on December 3, 2018. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them.

        In addition, a properly pled complaint must provide "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2); *Bell Atlantic Corp. v. Twombley*, 550 U.S. 544, 555 (2007). Although Rule 8 does not require detailed factual allegations, it demands "more than labels and conclusions" or a "formulaic recitation of the elements of a cause of action." *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (citing *Papasan v. Allain*, 478 U.S. 265, 286 (1986)). The court must accept as true all well-pled factual allegations contained in the complaint, but the same requirement does not apply to legal conclusions. *Iqbal*, 129 S.Ct. at 1950. Mere recitals of the elements of a cause of action, supported only by conclusory allegations, do not suffice. *Id*. at 1949. Secondly, where the claims in the complaint have not crossed the line from plausible to conceivable, the complaint should be dismissed. *Twombly*, 550 U.S. at 570.

Accordingly,

IT IS ORDERED:

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *In Forma Pauperis*, no later than **January 4, 2019**.

2. The Clerk of the Court shall send Plaintiff a blank application form.

3. Plaintiff will have until **January 4, 2019**, to file a complaint that complies with Rule 8 and the relevant caselaw. Failure to comply with this Order will result in the recommended dismissal of this case, without prejudice.

DATED: December 4, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE