UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC C. PRADO,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS CODE ENFORCEMENT,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-02293-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

　　　Plaintiff is proceeding in this action *pro se*, and submitted partial initiating documents in this case on December 3, 2018. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* Docket.

　　　In addition, Plaintiff did not state any specific allegations in the complaint itself. Docket No. 1-1. A properly pled complaint must provide "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a)(2); *Bell Atlantic Corp. v. Twombley*, 550 U.S. 544, 555 (2007). While Rule 8 does not require detailed factual allegations, it demands "more than labels and conclusions" or a "formulaic recitation of the elements of a cause of action." *Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1949 (2009) (citing *Papasan v. Allain*, 478 U.S. 265, 286 (1986)). The court must accept as true all well-pled factual allegations contained in the complaint, but the same requirement does not apply to legal conclusions. *Iqbal*, 129 S.Ct. at 1950. Mere recitals of the elements of a cause of action, supported only by conclusory allegations, do not

1

suffice. *Id*. at 1949. Secondly, where the claims in the complaint have not crossed the line from plausible to conceivable, the complaint should be dismissed. *Twombly*, 550 U.S. at 570.

On December 4, 2018, the Court ordered that Plaintiff must either make the necessary arrangements to pay the filing fee or file an application to proceed *in forma pauperis* by January 4, 2019. Docket No. 3 at 2. The Court also ordered Plaintiff to file a complaint that complies with Rule 8 and relevant caselaw by January 4, 2019. *Id*. Plaintiff did not pay a filing fee, file an application to proceed *in forma pauperis* or file an amended complaint. *See* Docket.

In light of the above, the undersigned **RECOMMENDS** that Plaintiff's complaint be **DISMISSED** without prejudice.

Dated: January 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

# NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).