# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERIC C. PRADO, | Case No.: 2:18-cv-02293-APG-NJK |
| Plaintiff | **Order Accepting Report and Recommendation** |
| v. | [ECF No. 4] |
| CITY OF LAS VEGAS CODE ENFORCEMENT, | |
| Defendant | |

On January 14, 2019, Magistrate Judge Koppe recommended that I dismiss the complaint without prejudice because the plaintiff did not pay the filing fee or move for leave to proceed in forma pauperis and did not file an amended complaint as directed. ECF No. 4. Plaintiff Frederic Prado did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation (**ECF No. 4) is accepted**. Plaintiff Frederic Prado's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE